**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−02248−RJH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  STEFANI PHILLIPS
  aka STEFANI POWELL
  8470 E. CHAPARRAL RD
  SCOTTSDALE, AZ 85250

Social Security / Individual Taxpayer ID No.:
  xxx−xx−4883

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                BY THE COURT

Dated: 10/26/09                                 Randolph J. Haines
                                                United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: durant           Page 1 of 1              Date Rcvd: Oct 26, 2009
Case: 09-02248                Form ID: b18           Total Noticed: 13

The following entities were noticed by first class mail on Oct 28, 2009.
 db           +STEFANI PHILLIPS,   8470 E. CHAPARRAL RD,   SCOTTSDALE, AZ 85250-7448
 aty           JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ   85311-1737
 tr           +ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,   PHOENIX, AZ 85004-1425
 7854272       ADT SECURITY SERVICES,    P. O. Box 371490,   Pittsburgh PA 15250-7490
 7854273       BANK OF AMERICA,    P. O. Box 15726,   Wilmington DE 19886-5726
 7854274       BANK OF AMERICA, N.A.,    P. O. Box 25118,   Tampa FL 33622-5118
 7854275      +CPA, PLC,   7950 East Acoma Drive,   Suite 205,   Scottsdale AZ 85260-6964
 7854276      +LM MCHENRY, D.O.,    P. O. Box 10395,   Phoenix AZ 85064-0395
 7854277       METLIFE AUTO & HOME,    P. O. Box 41753,   Philadelphia PA 19101-1753
 7854278       PREMIUM CREDIT CORP.,    P. O. Box 750,   Scottsdale AZ 85252-0750
 7854279       WELLS FARGO,    P. O. Box 60510,   Los Angeles CA 90060-0510
 7854280      +WELLS FARGO BANK,   P.O. BOX 60510,   Los Angeles CA 90060-0510

The following entities were noticed by electronic transmission on Oct 26, 2009.
 tr           +EDI: BRAMACKENZIE.COM Oct 26 2009 19:09:00     ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,
                PHOENIX, AZ 85004-1425
 smg           EDI: AZDEPREV.COM Oct 26 2009 18:59:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
 7854273       EDI: BANKAMER2.COM Oct 26 2009 18:58:00     BANK OF AMERICA,   P. O. Box 15726,
                Wilmington DE 19886-5726
 7854274       EDI: BANKAMER2.COM Oct 26 2009 18:58:00     BANK OF AMERICA, N.A.,   P. O. Box 25118,
                Tampa FL 33622-5118
 7854279       EDI: WFFC.COM Oct 26 2009 19:10:00     WELLS FARGO,   P. O. Box 60510,
                Los Angeles CA 90060-0510
 7854280      +EDI: WFFC.COM Oct 26 2009 19:10:00     WELLS FARGO BANK,   P.O. BOX 60510,
                Los Angeles CA 90060-0510
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 28, 2009**          Signature:    *Joseph Speetjens*